■ MASTERS EDGE, INC., Appellant, v KEMPER INSURANCE COMPANIES/LUMBERMENS MUTUAL CASUALTY COMPANY, Respondent. [782 NYS2d 200]—Appeal from an order of the Supreme Court, Erie County (Patrick H. Nemoyer, J.), entered June 24, 2003. The order granted defendant's motion to dismiss the complaint as time-barred.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (*see Construction Pace Setters v United States Fid. & Guar. Co.,* 225 AD2d 1090 [1996]). Present—Hurlbutt, J.P., Gorski, Martoche, Lawton and Hayes, JJ.